# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LEFT COAST VENTURES, INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>BILL'S NURSERY, INC. et al., <br><br>　　　　　Defendants. | CASE NO. C19-1297 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Having reviewed the Parties' arguments presented during Plaintiff's telephonic motion for an extension of time to respond to the Court's Order to Show Cause (Dkt. No. 17), the Court DENIES Plaintiff's motion. The Parties have until Thursday, November 7, 2019 to respond to the Court's Order to Show Cause.

//

//

The clerk is ordered to provide copies of this order to all counsel.

Filed November 5, 2019.

William M. McCool<br>
Clerk of Court

s/Rhonda Miller<br>
Deputy Clerk